# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 31, 2025

Brian Alan Richman
Gibson Dunn & Crutcher, LLP
2001 ROSS AVE STE 2100
DALLAS, TX 75201

Eugene Scalia
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

John Tienken
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Helgi C. Walker
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Brandon C. Wolf
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Appeal Number: 25-13631-C
Case Style: Citadel Securities LLC v. U.S. Securities and Exchange Commission
Agency Docket Number: SR-IEX-2025-02

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to expedite [10592569-2] filed by Attorney
Eugene Scalia for Petitioner Citadel Securities LLC.

Reason(s) no action being taken on filing(s): An Appearance of Counsel form has not been filed, <u>See</u> 11th Cir. R. 46-5.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken