**No. 25-13631**

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CITADEL SECURITIES LLC,
*Petitioner*,

v.

U.S. SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

On Petition for Review of a Final Order
of the Securities and Exchange Commission

**PROPOSED INTERVENOR INVESTORS EXCHANGE LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

William Savitt
Won S. Shin
Tala A. Doumani
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
(212) 403-1000

*Attorneys for Proposed Intervenor
Investors Exchange LLC*

No. 25-13631, *Citadel Securities LLC* v. *U.S. Securities & Exchange Commission*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, Proposed Intervenor Investors Exchange LLC submits the following list of persons and entities with an interest in the outcome of this case as additions to the Certificate of Interested Persons filed with Petitioner Citadel Securities LLC's petition for review on October 17, 2025:

1.     Doumani, Tala A., counsel for Proposed Intervenor Investors Exchange LLC

2.     IEX Group, Inc., parent company of Proposed Intervenor Investors Exchange LLC

3.     Investors Exchange LLC, Proposed Intervenor

4.     Savitt, William, counsel for Proposed Intervenor Investors Exchange LLC

5.     Shin, Won S., counsel for Proposed Intervenor Investors Exchange LLC

6.     Wachtell, Lipton, Rosen & Katz, counsel for Proposed Intervenor Investors Exchange LLC

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Proposed Intervenor Investors Exchange LLC states that it is wholly

No. 25-13631, *Citadel Securities LLC* v. *U.S. Securities & Exchange Commission*

owned by IEX Group, Inc., and no publicly held corporation owns 10% or more of

its stock.

Dated:  October 31, 2025                    Respectfully submitted,

 

 

                                   /s/ William Savitt

                                   William Savitt

Won S. Shin

Tala A. Doumani

WACHTELL, LIPTON, ROSEN & KATZ

51 West 52nd Street

New York, NY  10019

(212) 403-1000

*Attorneys for Proposed Intervenor*
*Investors Exchange LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court of the United States Court of Appeals for the Eleventh Circuit via the CM/ECF system and that as a result, service was accomplished on all counsel of record by the CM/ECF system.

Dated:  October 31, 2025

/s/ William Savitt
William Savitt