No. 25-13631

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CITADEL SECURITIES, LLC,

*Petitioner*,

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

On Petition for Review of an Order of the
Securities and Exchange Commission

## PETITIONER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2923
(214) 698-3100

Eugene Scalia
  *Counsel of Record*
Helgi C. Walker
John W. Tienken
Brandon Wolf
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
(202) 955-8500
EScalia@gibsondunn.com

*Counsel for Petitioner*

*Citadel Securities, LLC v. SEC*,
No. 25-13631

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Petitioner Citadel Securities LLC provides the following certificate of interested persons:

1. **Citadel Securities GP LLC**, indirect, ultimate controlling entity of Citadel Securities LLC.

2. **Citadel Securities LLC**, Petitioner.

3. **Investors Exchange LLC**, Proponent of Proposed Rule.

4. **Richman, Brian A.**, counsel for Petitioner Citadel Securities LLC.

5. **Scalia, Eugene**, counsel for Petitioner Citadel Securities LLC.

6. **Securities and Exchange Commission**, Respondent.

7. **Tienken, John W.**, counsel for Petitioner Citadel Securities LLC.

8. **Walker, Helgi C.**, counsel for Petitioner Citadel Securities LLC.

9. **Wolf, Brandon**, counsel for Petitioner Citadel Securities LLC.

*Citadel Securities, LLC v. SEC*,
No. 25-13631

## CORPORATE DISCLOSURE STATEMENT

No publicly traded company or corporation has an interest in the outcome of the case.  Petitioner will file an amended certificate of interested persons should it become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Dated:  November 3, 2025               /s/ *Eugene Scalia*
                                                          Eugene Scalia

*Citadel Securities, LLC v. SEC*,
No. 25-13631

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of November 2025, a true and correct copy of the foregoing was filed electronically and served on all counsel through this Court's CM/ECF system.

/s/ *Eugene Scalia*
Eugene Scalia

C-3 of 3