No. 25-13631

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

CITADEL SECURITIES LLC,
Petitioner,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

_____

On Petition for Review of an Order
of the Securities and Exchange Commission

_____

**SECURITIES AND EXCHANGE COMMISSION'S CERTIFICATE OF
INTEREST PERSONS**

In compliance with Eleventh Circuit Rules 26.1-1 to 26.1-3, the following is

a list of all persons and entities known to the Securities and Exchange Commission

to have an interest in the outcome of this case as additions to the Certificate of

Interest Persons filed with Petitioner Citadel Securities LLC's petition for

review on October 17, 2025 and the Certificate of Interested Persons filed by

proposed Intervenor Investors Exchange LLC on October 31, 2025:

1.     **Hardin, Tracey A.,** Securities and Exchange Commission Solicitor.

2.     **Parise, Emily True,** counsel for Respondent Securities and Exchange

Commission.

C1 of 2

Respondent will file an amended certificate of interested persons should it become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Respectfully submitted,

TRACEY A. HARDIN
Solicitor

*/s/ Emily True Parise*
EMILY TRUE PARISE
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-9040
(202) 551-5169 (Parise)
parisee@sec.gov

Dated:  November 10, 2025

C2 of 2

**CERTIFICATE OF SERVICE**

I certify that today, November 10, 2025, a copy of the foregoing document was filed with the Court's CM/ECF system, thereby effecting service on all parties.

    /s/ Emily True Parise

EMILY TRUE PARISE
Attorney for Respondent,
Securities and Exchange Commission

1