# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 10, 2025

Brian Alan Richman
Gibson Dunn & Crutcher, LLP
2001 ROSS AVE STE 2100
DALLAS, TX 75201

Eugene Scalia
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

John Tienken
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Helgi C. Walker
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Brandon C. Wolf
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Appeal Number:  25-13631-C
Case Style:  Citadel Securities LLC v. U.S. Securities and Exchange Commission
Agency Docket Number:  SR-IEX-2025-02

## **DISMISSAL NOTICE**

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files a Civil Appeal Statement. See 11th Cir. R. 33-1(a).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAS-3 CAS overdue