Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.    Attach additional pages if necessary.*

11th Circuit Docket Number: 25-13631-C

| Caption: | |
|---|---|
| Citadel Securities LLC v. U.S. Securities and Exchange Commission | District and Division: U.S. Securities and Exchange Commission <br> Name of Judge: _____ <br> Nature of Suit: _____ |

District and Division: U.S. Securities and Exchange Commission
Name of Judge: _____
Nature of Suit: _____

Date Complaint Filed: _____
District Court Docket Number: SEC Docket No. SR-IEX-2025-02
Date Notice of Appeal Filed: Petition for Review: 10/17/2025
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☐ Yes    ☑ No
If Yes, provide
(a)    Caption: _____
(b)    Citation: _____
(c)    Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: <br> ☐ Plaintiff <br> ☐ Defendant <br> ☑ Other (Specify) <br> Petitioner | Eugene Scalia <br> Helgi C. Walker <br> Brian A. Richman <br> John Tienken <br> Brandon C. Wolf | Gibson, Dunn & Crutcher LLP <br><br> 1700 M Street, N.W. <br> Washington, DC 20036 <br><br> 2001 Ross Avenue Suite 2100 <br> Dallas, TX 75201 | Tel. 202.955.8500 <br> Tel. 214.698.3100 (Richman) <br> Fax 202.467.0539 <br> EScalia@gibsondunn.com <br> HWalker@gibsondunn.com <br> BRichman@gibsondunn.com <br> JTienken @gibsondunn.com <br> BWolf@gibsondunn.com |
| For Appellee: <br> ☐ Plaintiff <br> ☐ Defendant <br> ☑ Other (Specify) <br> Respondent | Emily True Parise | U.S. Securities & Exchange Commission <br> Office of the General Counsel <br> 100 F ST NE <br> WASHINGTON, DC 20549 | Tel. (202) 551-5169 <br> parisee@sec.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question <br><br> ☐ Diversity <br><br> ☐ US Plaintiff <br><br> ☐ US Defendant | ☐ Final Judgment, 28 USC 1291 <br><br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br><br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br><br> ☐ Interlocutory Order, Qualified Immunity <br><br> ☑ Final Agency Action (Review) <br><br> ☐ 54(b) | ☐ Dismissal/Jurisdiction <br><br> ☐ Default Judgment <br><br> ☐ Summary Judgment <br><br> ☐ Judgment/Bench Trial <br><br> ☐ Judgment/Jury Verdict <br><br> ☐ Judgment/Directed Verdict/NOV <br><br> ☐ Injunction <br><br> ☑ Other Final Agency Order | Amount Sought by Plaintiff: <br> $ n/a _____ <br><br> Amount Sought by Defendant: <br> $ n/a _____ <br><br> Awarded: <br> $ _____ <br> to _____ <br><br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary    ☐ Granted <br> ☐ Permanent    ☐ Denied |

Page 2                                                                 11th Circuit Docket Number:  25-13631-C

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
     What is the issue you claim is one of First Impression? _____

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

     If Yes, provide
     (a)  Case Name/Statute  Securities Exchange Act of 1934; Administrative Procedure Act _____
     (b)  Citation  15 U.S.C. 78a et seq.; 5 U.S.C. 500 et seq. _____
     (c)  Docket Number if unreported _____

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a)  Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
     (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

     If Yes, provide
     (a)  Case Name _____
     (b)  Citation _____
     (c)  Docket Number if unreported _____
     (d)  Court or Agency _____

(4)  Will this appeal involve a conflict of law
     (a)  Within the Eleventh Circuit?   ☐ Yes   ☑ No
     (b)  Among circuits?   ☐ Yes   ☑ No

     If Yes, explain briefly:

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

     Whether the Securities and Exchange Commission's Order Approving a
     Proposed Rule Change, 90 Fed. Reg. 45,861 (SEC Sept. 23, 2025), violates
     the Securities Exchange Act of 1934, is otherwise arbitrary and capricious
     under the Administrative Procedure Act, and should be vacated.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  10th  DAY OF  November , 2025 .

Eugene Scalia _____          /s/ Eugene Scalia _____
        NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL