In the

# United States Court of Appeals

## For the Eleventh Circuit

———————————————

No. 25-13631

———————————————

CITADEL SECURITIES LLC,

*Petitioner,*

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

———————————————

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. SR-IEX-2025-02

———————————————

ORDER:

Respondent's unopposed motion to set a briefing schedule is GRANTED, and Petitioner's motion to expedite is DENIED AS MOOT.  Briefing shall proceed as follows:

Petitioner's principal brief is due on December 19, 2025.

Respondent's response brief is due on January 30, 2026.

Petitioner's reply brief, if any, is due on February 20, 2026.

2                     Order of the Court                     25-13631

The Clerk is DIRECTED to place this appeal on the next available oral argument calendar with a vacancy.

The motion of Investors Exchange LLC, to intervene as a respondent is GRANTED.


/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE