# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

CITADEL SECURITIES LLC,

    *Petitioner,*

    v.

U.S. SECURITIES AND EXCHANGE
COMMISSION,

    *Respondent,*

INVESTORS EXCHANGE LLC,

    *Intervenor.*

No. 25-13631

**CERTIFIED LIST DESCRIBING
THE RECORD IN PROCEEDINGS
<u>BEFORE THE SECURITIES AND EXCHANGE COMMISSION</u>**

Pursuant to Section 25(a)(2) of the Securities Exchange Act of 1934, 15 U.S.C. 78y(a)(2), and Federal Rule of Appellate Procedure 17, the Securities and Exchange Commission ("Commission") certifies that the items listed below constitute the record upon which the order under review in this Court was entered, with the exception of materials that are publicly available such as statutes, rules, judicial decisions, Commission orders and releases, books, treatises, and other similar materials.

| **Doc. No.** | **Description** |
|---|---|

Commission Releases

1.  Investors Exchange LLC; Notice of Filing of a Proposed Rule Change to Adopt Rules to Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 102190 (Jan. 14, 2025), published at 90 Fed. Reg. 7205 (Jan. 21, 2025).

2.  Investors Exchange LLC; Notice of Designation of a Longer Period for Commission Action on a Proposed Rule Change To Adopt Rules To Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 102536 (Mar. 6, 2025), published at 90 Fed. Reg. 11866 (Mar. 12, 2025).

3.  Investors Exchange LLC; Notice of Filing of Amendment No. 1 to a Proposed Rule Change To Adopt Rules To Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 102663 (Mar. 13, 2025), published at 90 Fed. Reg. 12890 (Mar. 19, 2025).

4.  Investors Exchange LLC; Order Instituting Proceedings To Determine Whether To Approve or Disapprove a Proposed Rule Change, as Modified by Amendment No. 1, To Adopt Rules To Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 102895 (Apr. 21, 2025), published at 90 Fed. Reg. 17474 (Apr. 25, 2025).

5.  Investors Exchange LLC; Notice of Filing of Amendment No. 3 to a Proposed Rule Change To Adopt Rules To Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 103290 (June 18, 2025), published at 90 Fed. Reg. 26865 (June 24, 2025).[1]

---

[1] On June 13, 2025, the Exchange filed Amendment No. 2 to the proposed rule change, which it withdrew to correct a non-substantive pagination issue and refiled as Amendment No. 3 on June 17, 2025.

| **Doc. No.** | **Description** |
|---|---|
| 6. | Investors Exchange LLC; Notice of Designation of a Longer Period for Commission Action on Proceedings To Determine Whether To Approve or Disapprove a Proposed Rule Change, as Modified by Amendment No. 3, To Adopt Rules To Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 103480 (July 17, 2025), published at 90 Fed. Reg. 34532 (July 22, 2025). |

Comment Letters (https://www.sec.gov/comments/sr-iex-2025-02/sriex202502.htm#comments)

| | |
|---|---|
| 7. | Joanna Mallers, Secretary, FIA PTG, February 26, 2025. |
| 8. | Claudia Crowley, Chief Regulatory Officer, Investors Exchange LLC, March 12, 2025. |
| 9. | Adrian Griffiths, Head of Market Structure, MEMX LLC, May 14, 2025. |
| 10. | Angela Dunn, Principal Associate General Counsel, Nasdaq, May 20, 2025. |
| 11. | Andrew Stevens, Global General Counsel, IMC; Jeff Starr, Managing Director, Head of Operations, Charles Schwab & Co., Inc.; and Stephen John Berger, Managing Director, Global Head of Government & Regulatory Policy, Citadel Securities, June 4, 2025. |
| 12. | Mathieu Boivin-Carrier, Director, All Options USA LLC, June 12, 2025. |
| 13. | Gregory Bayard, Electronic Options Market Making, HAP Trading LLC, June 16, 2025. |
| 14. | Jaime Klima, General Counsel, New York Stock Exchange, June 17, 2025. |
| 15. | Claudia Crowley, Chief Regulatory Officer, Investors Exchange LLC, June 17, 2025. |

| Doc. No. | Description |
|---|---|
| 16. | John Ramsay, Chief Market Policy Officer, Investors Exchange LLC, June 19, 2025. |
| 17. | Stephen John Berger, Managing Director, Global Head of Government & Regulatory Policy, Citadel Securities, June 23, 2025. |
| 18. | J.W. Verret, Associate Professor, Antonin Scalia Law School, George Mason University, June 24, 2025. |
| 19. | Steve Crutchfield, Head of Business Development, CTC, LLC, June 28, 2025. |
| 20. | Joseph Corcoran, Managing Director and Associate General Counsel, and Gerald O'Hara, Vice President and Assistant General Counsel, SIFMA, June 30, 2025. |
| 21. | Dave Lauer, CTO, Urvin Finance and Co-Founder, We The Investors, July 3, 2025. |
| 22. | Andrew R. Garbarino, Member of Congress, House of Representatives, July 3, 2025. |
| 23. | Daniel Schlaepfer, President, and Mario Josipovic, Vice President, Regulatory Affairs and General Counsel, Select Vantage, July 8, 2025. |
| 24. | R. Glenn Hubbard, Co-Chair, John L. Thornton, Co-Chair, and Hal S. Scott, President, Committee on Capital Markets Regulation, July 8, 2025. |
| 25. | Stephen Sikes, Chief Executive Officer, Open to the Public Investing, Inc., July 9, 2025. |
| 26. | Iqbal Aasim, July 9, 2025. |
| 27. | Kelli McMorrow, Chief Advocacy Officer, American Securities Association, July 9, 2025. |

| Doc. No. | Description |
|---|---|
| 28. | Thomas M. Merritt, Deputy General Counsel, Virtu Financial, Inc., July 9, 2025. |
| 29. | Anonymous, July 10, 2025. |
| 30. | Al Vina, July 10, 2025. |
| 31. | Jason Trezil, July 10, 2025. |
| 32. | Matthew Davis, July 10, 2025. |
| 33. | Carl Powlett, July 10, 2025. |
| 34. | Karolis Pokvytis, July 10, 2025. |
| 35. | Dean Cook, July 10, 2025. |
| 36. | William Shields, July 10, 2025. |
| 37. | Andrew Bailey, July 10, 2025. |
| 38. | M. Degen, July 10, 2025. |
| 39. | Gabriel Espinoza, July 10, 2025. |
| 40. | Christy Sharn, July 10, 2025. |
| 41. | Christoph Leimser, July 10, 2025. |
| 42. | Jim, July 10, 2025. |
| 43. | Jared Albert, July 10, 2025. |
| 44. | Jeff Trotman, July 10, 2025. |
| 45. | Austin Kuhn, July 11, 2025. |
| 46. | Diego Cordero, July 11, 2025. |
| 47. | Melanie Hughes, July 11, 2025. |

| Doc. No. | Description |
|---|---|
| 48. | Terrell Adamson, July 11, 2025. |
| 49. | Landon William, July 11, 2025. |
| 50. | Michael Puleo, July 11, 2025. |
| 51. | Bud Lavin, July 11, 2025. |
| 52. | J B, July 12, 2025. |
| 53. | Kevin S., Norwegian retail investor, July 12, 2025. |
| 54. | Dhruva Sewar, July 12, 2025. |
| 55. | S. Anderson, July 12, 2025. |
| 56. | Jeremy Swope, July 12, 2025. |
| 57. | Aaron Kesler, July 12, 2025. |
| 58. | Bryce Mercado, July 12, 2025. |
| 59. | J B, July 12, 2025. |
| 60. | Dylan Willett, July 13, 2025. |
| 61. | Vivek Wilson, July 13, 2025. |
| 62. | Daniel Whelan, July 13, 2025. |
| 63. | Michael Stanton, July 14, 2025. |
| 64. | Anonymous, July 15, 2025. |
| 65. | Velos DaRaptor, July 16, 2025. |
| 66. | Keith Cohen, July 16, 2025. |
| 67. | Ryan Wigglesworth, July 17, 2025. |
| 68. | Blake Campos, July 18, 2025. |

**Doc.
No.**　　　　　　　　　　　　**Description**

69.　　Alex Zhu, July 18, 2025.

70.　　Mike Trelski, July 18, 2025.

71.　　D Creviston, July 18, 2025.

72.　　Benjamin L. Schiffrin, Director of Securities Policy, Better
　　　　Markets, Inc., July 18, 2025.

73.　　Andres Guerra Gonzalez, July 18, 2025.

74.　　Terry Newsome, July 18, 2025.

75.　　Ryan Brady-Toomey, July 18, 2025.

76.　　"BodySurf" Dan Ault, July 18, 2025.

77.　　Tom Lagona, July 18, 2025.

78.　　Brad Delmore, July 18, 2025.

79.　　James Mancini, July 18, 2025.

80.　　Timothy Esch, July 18, 2025.

81.　　Kerry Day, July 18, 2025.

82.　　Alexander Serechenko, July 19, 2025.

83.　　Richard Sotelo, July 19, 2025.

84.　　Raul Delgado, July 19, 2025.

85.　　Zykell O'Donnell, July 19, 2025.

86.　　Matt Walsh, July 19, 2025.

87.　　DC, July 19, 2025.

88.　　Dan Magnant, July 19, 2025.

| Doc. No. | Description |
|---|---|
| 89. | Kevin May, July 19, 2025. |
| 90. | James Findley, July 19, 2025. |
| 91. | Dustin Ammann, July 19, 2025. |
| 92. | HM Winkler, July 19, 2025. |
| 93. | Michiel Escobar, July 19, 2025. |
| 94. | Sean Wiesner, July 19, 2025. |
| 95. | Dave Brodahl, July 19, 2025. |
| 96. | Anonymous, July 19, 2025. |
| 97. | Craig Kenny, July 19, 2025. |
| 98. | James Batten, July 19, 2025. |
| 99. | Jonathan Longacre, July 20, 2025. |
| 100. | Nicholas Hanson, July 20, 2025. |
| 101. | Edward Neill, July 20, 2025. |
| 102. | Anonymous, July 20, 2025. |
| 103. | Michael Slayton, July 20, 2025. |
| 104. | Chris Robinson, July 20, 2025. |
| 105. | Chester O'Malley, July 20, 2025. |
| 106. | Bryce Morrison, July 20, 2025. |
| 107. | Jason Danielson, July 21, 2025. |
| 108. | Joseph Michael Gugino, July 21, 2025. |
| 109. | Vincent Ashley, July 21, 2025. |

| **Doc. No.** | **Description** |
|---|---|
| 110. | Greg Linder, July 22, 2025. |
| 111. | Nate Sharpinen, July 22, 2025. |
| 112. | Jefferson Nunn, July 22, 2025. |
| 113. | Travis M. Spaniel, July 22, 2025. |
| 114. | Robert Turnbull, July 23, 2025. |
| 115. | Anonymous, July 23, 2025. |
| 116. | Josh Dobos, July 23, 2025. |
| 117. | Jacob Legorreta, July 24, 2025. |
| 118. | Jonatan, July 28, 2025. |
| 119. | Roger Marshall, M.D., United States Senator, August 1, 2025. |
| 120. | Adam Nunes, Head of Risk, Hudson River Trading LLC, August 8, 2025. |
| 121. | Brian P. Donnelly, Founder, Volant Trading, August 8, 2025. |
| 122. | Jonathan Stager, August 11, 2025. |
| 123. | Stephen John Berger, Managing Director, Global Head of Government & Regulatory Policy, Citadel Securities, August 12, 2025. |
| 124. | James Cosentino, Head of Trading, Chicago, Maven Securities, August 14, 2025. |
| 125. | John Ramsay, Chief Market Policy Officer, Investors Exchange LLC, August 20, 2025. |
| 126. | Mark R. Warner, United States Senator, August 22, 2025. |
| 127. | Jaime Llano, Managing Director - Head of Multi-Asset Trading, Teacher Retirement System of Texas; Sam Masoudi, |

| **Doc. No.** | **Description** |
|---|---|
| | Chief Investment Officer, Wyoming Retirement System; Zachary Davis, Head of US Equity Trading, Janus Henderson Investors; Michael C. Viteri, Chief Investment Officer, Arizona State Retirement System; Anthony W. Godonis, Principal, Director of Trading, Copeland Capital Management, LLC; Adam HJ Conn, Director, Head of Trading, Baillie Gifford Overseas LTD; Myriam Deslandes, Vice-President, Strategy, Execution and Portfolio Solutions, La Caisse; and Kevin Duggan, Senior Managing Director, Global Trading and Beta, Ontario Teachers' Pension Plan, September 3, 2025. |
| 128. | John J. Lothian, Executive Chairman & CEO, John J. Lothian & Company, Inc. and Publisher, John Lothian News, September 3, 2025. |
| 129. | Mehmet S. Kinak, Vice President & Global Head of Equity Trading, T. Rowe Price Associates, Inc.; Jonathan D. Siegel, Vice President & Managing Legal Counsel, Legislative & Regulatory Affairs, T. Rowe Price; and Tamara P. Wiggs, Vice President & Head of Trading, T. Rowe Price Investment Management, Inc, September 18, 2025. |
| 130. | KLI Limited, September 27, 2025. |
| 131. | Comments have been received from individuals and entities using the following Letter Type A: 514. |
| 132. | Comments have been received from individuals and entities using the following Letter Type B: 6. |

Meetings with SEC Officials (https://www.sec.gov/comments/sr-iex-2025-02/sriex202502.htm#meetings)

| | |
|---|---|
| 133. | Memorandum from the Division of Trading and Markets regarding a June 9, 2025 meeting with representatives of Citadel Securities, dated June 9, 2025. |

**Doc.**
**No.**                        **Description**

134.    Memorandum from the Office of Commissioner Caroline
        Crenshaw regarding a June 20, 2025 meeting with
        representatives of Investors Exchange LLC (IEX).

135.    Memorandum from the Office of Commissioner Mark T. Uyeda
        regarding a July 8, 2025 meeting with representatives of
        Investors Exchange (IEX), dated July 8, 2025.

136.    Memorandum from the Office of Commissioner Hester M.
        Peirce regarding a July 8, 2025 meeting with representatives
        of Investors Exchange (IEX).

137.    Memorandum from the Office of Commissioner Caroline
        Crenshaw regarding a July 9, 2025 meeting with
        representatives of Investors Exchange LLC (IEX).

138.    Memorandum from the Division of Trading and Markets
        regarding a July 30, 2025 meeting with representatives of
        MEMX LLC, dated July 30, 2025.

139.    Memorandum from the Division of Trading and Markets
        regarding an August 14, 2025 meeting with representatives of
        Citadel Securities, dated August 14, 2025.

| **Doc. No.** | **Description** |
| --- | --- |

Order

| 140. | Investors Exchange LLC; Order Approving a Proposed Rule Change, as Modified by Amendment No. 3, To Adopt Rules To Govern the Trading of Options on the Exchange for a New Facility Called IEX Options, Exchange Act Release No. 103998 (Sept. 18, 2025), published at 90 Fed. Reg. 45861 (Sept. 23, 2025). |
| --- | --- |

For the Commission, by its Secretary, pursuant to delegated authority.


/s/ Sherry R. Haywood
Sherry R. Haywood
Assistant Secretary

Dated:  December 12, 2025

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2025, I electronically filed the foregoing Certified List Describing the Record in Proceedings Before the Securities and Exchange Commission using the Court's CM/ECF system, which will send notice to all the parties.

<u>/s/ Brooke Wagner</u>
Brooke Wagner
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5292
wagnerbr@sec.gov