**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                    In Replying Give Number
Clerk                                                               Of Case and Names of Parties
January 6, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **APRIL 27, 2026, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor
-------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.***
***PLEASE REFER TO CALENDAR #15.***

| | |
|---|---|
| 25-11027 | Zhipeng Yin, et al. v. Commissioner, Florida Department of Education, et al. (REVISED ARGUMENT DATE) |
| 22-10089 | Rafael Cendan v. Officer Jose Trujillo, et al. (REVISED ARGUMENT DATE) |
| 23-14191 | Monarch Air Group, LLC, et al. v. JPMorgan Chase Bank, N.A. (REVISED ARGUMENT DATE) |
| 25-11669 | Sara Meir, et al. v. Westchester Surplus Lines Insurance Company |
| 24-11084 | Pakita Wright v. Commissioner of Social Security |
| 23-11998 | Brett Cormier v. Florida Department of Corrections |
| 24-13967 | United States v. Thomas Sheely, Jr. |
| 24-11349 | United States v. Abel Rizo |
| 23-13262 | United States v. Junior Chirino-Lovera (Consolidated with 23-13307, United States v. Jose Palencia and 23-13333, United States v. Alejandro Guerrero) |
| 25-10515 | Center for Biological Diversity v. U.S. Environmental Protection Agency, et al. |
| 25-13631 | Citadel Securities LLC v. U.S. Securities and Exchange Commission |
| 23-13425 | United States v. Silverio Henriquez, et al. |
| 25-11558 | Lucille Rubin v. Ronald Rubin, et al. |
| 14-15140 | United States v. Alvaro Tardon (Consolidated with 16-12218, United States v. The Collection Motor Sports of Madrid, et al., 20-13971, United States v. Miamark LLC, et al. and 21-11311, United States v. Miamark LLC, et al.) |
| 23-14023 | United States v. Ivette Portela Martinez, et al. |
| 25-13631 | Citadel Securities LLC v. U.S. Securities and Exchange Commission |