# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 25-13631

————————————————

CITADEL SECURITIES LLC,

*Petitioner,*

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

INVESTORS EXCHANGE, LLC,

*Intervenor.*

————————————————

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. SR-IEX-2025-02

————————————————


ORDER:

The motion for leave to file Amicus brief out of time filed by NYSE Arca, Inc., NYSE American LLC, and MEMX LLC in support of Petitioner is GRANTED.


/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE