In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-13631

————————————

CITADEL SECURITIES LLC,

*Petitioner,*

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

INVESTORS EXCHANGE, LLC,

*Intervenor.*

————————————

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. SR-IEX-2025-02

————————————

ORDER:

Intervenor Investors Exchange LLC's motion to continue oral argument to a later date is DENIED.

2                          Order of the Court                    25-13631


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION