# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

——————

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Federal Justice Building
99 N.E. 4th Street
Miami, Florida 33132
(305) 579-4430

HEARING LOCATION

12th Floor Courtroom
James Lawrence King Federal Justice
99 N.E. 4th Street
MIAMI, FLORIDA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

——————

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, APRIL 28, 2026

| | |
|---|---|
| 24-13967 | United States v. Thomas Sheely, Jr., Appellant |
| 22-13361 | United States v. Angelo Martinez, Appellant (Consolidated with 22-13370, United States v. Eric Manuel Suero Terrero, Appellant and 22-13507, United States v. Justo Pena, Appellant) |
| 25-12041 | Gregory Light, Appellant v. LVNV Funding, LLC, et al. |
| 25-13631 | Citadel Securities LLC, Petitioner v. U.S. Securities and Exchange Commission |

### WEDNESDAY, APRIL 29, 2026

| | |
|---|---|
| 23-14023 | United States v. Ivette Portela Martinez, et al., Appellants |
| 24-11084 | Pakita Wright, Appellant v. Commissioner of Social Security |
| 25-11669 | Sara Meir, et al., Appellants v. Westchester Surplus Lines Insurance Company |
| 25-11027 | Zhipeng Yin, et al. v. Commissioner, Florida Department of Education, et al., Appellants |

### THURSDAY, APRIL 30, 2026

| | |
|---|---|
| 24-13249 | Edgar Zuniga-Mejia, Appellant v. Graceville CF Warden, et al. |
| 25-10515 | Center for Biological Diversity, Petitioner v. U.S. Environmental Protection Agency, et al. |
| 23-11998 | Brett Cormier, Appellant v. Florida Department of Corrections |
| 23-14191 | Monarch Air Group, LLC, et al, Appellants v. JPMorgan Chase Bank, N.A. |

### FRIDAY, MAY 1, 2026

| | |
|---|---|
| 23-13262 | United States v. Junior Chirino-Lovera, Appellant (Consolidated with 23-13307, United States v. Jose Palencia, Appellant and 23-13333, United States v. Alejandro Guerrero, Appellant) |
| 24-13732 | G.D.M., Appellant v. City of Oviedo, Florida, et al. |
| 25-10093 | Rishi Ramdial, Petitioner v. U.S. Attorney General |

**Expedited Consolidated Appeals (25-14065 Alvarez v. Warden, et al. and 25-14075 Perez v. Assistant Field Officer Director, et al.), assigned to this calendar, will be argued on **March 26, 2026** in Miami, Florida.

## COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
03/05/26 #15